STATE OF MAINE *vs.* EDWARD J. BECHARD.

Kennebec County.    Decided November 19, 1937.    For the reason that the record here presented does not disclose the procedure which brought this criminal prosecution from the Municipal Court of its origin to the Superior Court, whence the case was reported to the Law Court for determination, such report is discharged. Report discharged. *Francis Bate,* County Attorney, for State. *Merrill & Merrill,* for respondent.

STATE OF MAINE *vs.* FERNE BECKWITH,

WHOSE FULL, TRUE AND CORRECT NAME IS TO YOUR GRAND JURORS
UNKNOWN.

Penobscot County.    Decided January 4, 1938.    Indictment for soliciting another to commit the crime of arson. On motion to quash, the presiding Justice reported the question of the sufficiency of the indictment to the Law Court, but without record that the parties consent to the report and stipulate that decision here made may in one alternative at least supersede further proceedings. The report must be discharged. So ordered. *John Quinn,* County Attorney, for State. *Locke, Campbell & Reid,* for respondent.